IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NOAH K. CRAIG**                                                                 **PLAINTIFF**

**V.**                              **CASE NO.: 5:14-CV-5321**

**STATE OF ARKANSAS; ASHLEY HARVEY;**
**ARKANSAS PAROLE BOARD; ARKANSAS**
**SEX OFFENDER RISK ASSESSMENT; and**
**the ARKANSAS DEPARTMENT OF CORRECTIONS**                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on April 28, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 3rd day of June, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE